UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIARA L. GIVHAN, | ) | CASE NO. 1:16CV801 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | <u>MEMORANDUM OF OPINION</u> |
| COMMISSIONER | ) | <u>AND ORDER</u> |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

On April 4, 2017, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 17) recommending that the Court Affirm the Commissioner's decision and dismiss this matter.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No objections have been filed. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby AFFIRMED, and this matter is hereby dismissed.

IT IS SO ORDERED.

Dated: <u>May 8, 2017</u>                                                  <u>*/s/ John R. Adams*</u>
                                                                                      JOHN R. ADAMS
                                                                                      UNITED STATES DISTRICT JUDGE